IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| METRO COMMERCIAL REAL ESTATE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CIBC INC. | : | NO. 11-7480 |

## ORDER

**AND NOW**, this 25th day of October, 2012, upon consideration of Defendant CIBC Inc.'s Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 15), and Plaintiff's response thereto, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion to Dismiss is **GRANTED**.

2. Plaintiff's Amended Complaint is **DISMISSED**.

3. **JUDGMENT IS ENTERED** in favor of Defendant CIBC Inc. and against Plaintiff Metro Commercial Real Estate, Inc.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.